UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ENRIQUE QUINTERO,<br><br>    Petitioner,<br><br>vs.<br><br>DAN PACHOLKE,<br><br>    Respondent. | NO. CV-07-0269-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Magistrate Judge Imbrogno filed a Report and Recommendation on September 8, 2008, recommending Respondent's Motion to Dismiss be granted and Petitioner's application for habeas relief be dismissed. Objections to the Report and Recommendation were due on September 24, 2008. (Ct. Rec. 14.)

Accordingly, there being no objections to the Report and Recommendation, **IT IS HEREBY ORDERED**:

    1.    The Court **ADOPTS** the Report and Recommendation.

    2.    Respondent's Motion to Dismiss (Ct. Rec. 13) is **GRANTED**.

    3.    The Petition for Writ of Habeas Corpus (Ct. Rec. 1, 4) is **DISMISSED WITH PREJUDICE.**

    4.    The District Court Executive is directed to enter judgment in favor of Respondent.

///

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

**IT IS SO ORDERED.** The District Court Executive shall forward copies of this Order to the Petitioner and counsel for Respondent and close the file.

DATED this 29th day of October, 2008.

*/s/ Robert H. Whaley*
ROBERT H. WHALEY
Chief United States District Court

Q:\CIVIL\2007\Quintero.R&R.shortorderadopting.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 2