UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ENRIQUE QUINTERO, )<br>)<br>      Petitioner, )<br>)<br>   v. )<br>)<br>DAN PACHOLKE, )<br>)<br>      Respondent. )<br>_____ ) | NO. CV-07-0269-CI<br><br>**JUDGMENT** |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Court **ADOPTS** the Report and Recommendation. Respondent's Motion to Dismiss is **GRANTED**. The Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**, and Judgment is entered for Respondent.

DATED this 29th day of October, 2008

                                            JAMES R. LARSEN
                                            District Court Executive/Clerk

                                            s/ L. Stejskal, Deputy Clerk